## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PAUL MONTEMURO, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JIM THORPE AREA SCHOOL DISTRICT, | : | No. 3:20-cv-00208-RDM |
| GLENN CONFER, individually and as | : | (Judge Robert D. Mariani) |
| School Board member, DENNIS | : | |
| McGINLEY, individually and as School | : | |
| Board member, RANIERO MARCIANTE, | : | |
| individually and as School Board member, | : | |
| PEARL DOWNS-SHECKLER, individually | : | |
| and as School Board member, and | : | |
| GERALD STRUBINGER, individually | : | |
| and as School Board member, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that the Jim Thorpe Area School District, Glenn

Confer, Dennis McGinley, Raniero Marciante, Pearl Downs-Sheckler, and Gerald

Strubinger (together "Defendants") hereby appeal to the United States Court of

Appeals for the Third Circuit from the Order entered in this action on the 13th day

of April 2022, denying Defendants' objection to the report and recommendation of

Magistrate Judge Martin C. Carlson on the issue of Defendants' claim of qualified

immunity [Doc. 30].

                                    Respectfully submitted,

Date:  May 4, 2022                  */s/ David W. Brown*
                                    Michael I. Levin (PA 21232)
                                    David W. Brown (PA 201553)
                                    LEVIN LEGAL GROUP, P.C.
                                    1800 Byberry Road, Suite 1301
                                    Huntingdon Valley, PA 19006
                                    mlevin@levinlegalgroup.com
                                    dbrown@levinlegalgroup.com
                                    Phone: (215) 938-6378

                                    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May 2022, I electronically re-transmitted the foregoing Notice of Appeal to be filed to the Clerk's Office using the Court's Electronic Case Filing system ("ECF") for filing and transmittal of a Notice of Electronic Case Filing to all counsel via the ECF, in accordance with Fed. R. Civ. P. 5(b) and M.D. Pa. L.R. 5.7.


*/s/ David W. Brown*
David W. Brown