IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL MONTEMURO,<br>   **Plaintiff** | : | No. 3:20cv208 |
| | : | |
| | : | (Judge Munley) |
|   v. | : | |
| | : | |
| JIM THORPE AREA SCHOOL<br>DISTRICT; GLENN CONFER,<br>individually and as school board<br>member; DENNIS McGINLEY,<br>individually and as school board<br>member; RANIERIO MARCIANTE,<br>individually and as school board<br>member; PEARL DOWNS-<br>SHECKLER, individually and as<br>school board member; and<br>GERALD STRUBINGER, individually<br>and as school board member,<br>   **Defendants** | : | |

## ORDER

**AND NOW** to wit, this 21st day of May 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion for summary judgment, (Doc. 53), is **DENIED**;

2) Plaintiff's motion for partial summary judgment, (Doc. 55), is **GRANTED**;

3) The Clerk of Court is directed to enter partial summary judgment in favor of the plaintiff and against defendants with respect to the liability portions of the claims in Count 2 and Count 4 of plaintiff's amended complaint; and

4) By way of separate order this matter will be scheduled for a pre-trial conference.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2